IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN LOFTIS )
)
v. ) NO. 3-15-0095
) JUDGE CAMPBELL
KENNETH O. LESTER CO., INC., et al. )

ORDER

Pending before the Court is Defendants' Motion for Judgment on the Pleadings (Docket No. 7). For the reasons stated in the accompanying Memorandum, Defendants' Motion is DENIED.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE